IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LIBERTY DAYTON REGIONAL MEDICAL CENTER, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| UNITED STATES OF AMERICA; THE CIT GROUP/EQUIPMENT FINANCING, INC. D.B.A. TOSHIBA AMERICA MEDICAL CREDIT, GUNNAR ERICKSON, HALLMARK REHABILITATION GP, LLC, JACKIE LEONARD, CITY OF LIBERTY, and LIBERTY COUNTY, | § § § § § § § § § | Civil Action No. 1:10-cv-525 |
| Defendants. | § § | |

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Liberty Dayton Regional Medical Center, L.L.C. ("Plaintiff") hereby moves, pursuant to Fed. R. Civ. P. 55, for entry of default and entry of a default judgment against Liberty County.

Plaintiff had actual possession or control of property in dispute worth a total of $235,000 to which multiple parties, including Liberty County, may make a claim. Plaintiff deposited $235,000 with the Court.

Plaintiff filed its bill of interpleader and notice of tender on August 3, 2010. (*See* Ex. A.) The summons and complaint were served to Liberty County on August 6, 2010. (*See* Ex. B.) Based on the August 6, 2010 and August 8, 2010 service dates, Liberty County was required to answer or otherwise respond by August 30, 2010, which Liberty County failed to do. (Ex. C.) As of the date of this motion, Liberty County still has not answered or filed any appearance or response to Plaintiff's bill of interpleader and notice of tender. (Ex. C.) Accordingly, Plaintiff is

entitled to a default judgment against Liberty County and a release from all liability to Liberty County. Liberty County has failed to answer or respond to this suit, it has no right or claim to the $235,000 in interpleader funds.

WHEREFORE, PREMISES CONSIDERED, Plaintiff asks that the Court grant this Motion and sign the Order of Entry of Default and Default Judgment against Liberty County, releasing and discharging Plaintiff from all liability to Liberty County.

Dated: January 28, 2011

Respectfully submitted,

_____
Jason E. Williams
State Bar No. 24047113
jewilliams@fulbright.com
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

**Counsel for Plaintiff
Liberty Dayton Regional Medical Center, LLC**

## CERTIFICATE OF SERVICE

This pleading, Motion for Entry of Default and Default Judgment, was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by e-filing or certified mail, return receipt requested, to all counsel as listed below on January 28, 2011:

G. Hobart Miller
Trial Attorney
U.S. Department of Justice
717 N. Harwood St., # 400
Dallas, TX 75201

Kimber A. Hartmann
Justin H. Jenkins
Kimberly King
Beasley, Hightower & Hartmann
1700 Pacific Avenue, # 4450
Dallas, TX 75201

Stephen R. Darling
Thomas A. Cowen
Bradley B. Bush
Hoblit Ferguson Darling
Bank of America Plaza
300 Convent Street, #1450
San Antonio, TX 78205

B. Scot Pierce
Brackett & Ellis
100 Main Street
Fort Worth, TX 76102

County Judge Phil Fitzgerald
Liberty County Courthouse
1923 Sam Houston Street
Liberty, TX 77575

Randall P. Gunter
Brandon S. Davis
Fielder and Gunter
310 Main Street
Liberty, TX 77575

_____
Jason E. Williams