# EXHIBIT A

CAUSE NO. **CV1003340**

| | | |
|---|---|---|
| LIBERTY DAYTON REGIONAL MEDICAL CENTER, L.L.C. | § § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | LIBERTY COUNTY, TEXAS |
| UNITED STATES DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE; THE CIT GROUP/EQUIPMENT FINANCING, INC. D/B/A TOSHIBA AMERICA MEDICAL CREDIT; GUNNAR ERICKSON; HALLMARK REHABILITATION GP, LLC; JACKIE LEONARD; CITY OF LIBERTY; AND LIBERTY COUNTY | § § § § § § § § § § § | |
| Defendants. | § § | 75th JUDICIAL DISTRICT |

FILED at _____ o'clock ___ M

AUG 03 2010

MELODY GILMORE
Clerk, District Court, Liberty, TX
BY_____DEPUTY

## ORIGINAL BILL OF INTERPLEADER OF LIBERTY DAYTON REGIONAL MEDICAL CENTER, L.L.C. AND NOTICE OF TENDER INTO THE REGISTRY OF THE DISTRICT COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES LIBERTY DAYTON REGIONAL MEDICAL CENTER, L.L.C., a limited liability company organized and existing under and by virtue of the laws of the State of Texas (hereinafter called either LDRMC, Plaintiff in Interpleader, or Plaintiff), and pursuant to Rule 43 of the Texas Rules of Civil Procedure, makes and files this its Bill of Interpleader and First Notice of Tender and herewith interpleads unto the United States Department of the Treasury Internal Revenue Service; The CIT Group/Equipment Financing, Inc. d/b/a Toshiba America Medical Credit; Gunnar Erickson; Hallmark Rehabilitation GP, LLC; Jackie Leonard; City of Liberty; and Liberty County (collectively "Defendants"), and would respectfully show unto this Honorable Court all of the following:

76594520.1

## I. DISCOVERY LEVEL

Discovery is intended to be conducted under discovery level 2 pursuant to Texas Rule of Civil Procedure 190.3.

## II. PARTIES

Plaintiff Liberty Dayton Regional Medical Center, L.L.C. is a Texas Limited Liability company.

The Defendants in this cause may be served with process by the Clerk of the Court by sending the citation by certified mail as authorized by Rule 103 of the Texas Rules of Civil Procedure to the named Defendants at the respective addresses set forth below:

The United States Department of the Treasury Internal Revenue Service may be served with process upon the United States Attorney for the Eastern District of Texas at 350 Magnolia Ave., Suite 150 Beaumont, Texas 77701 and the United States Attorney General at Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

The CIT Group/Equipment Financing, Inc. d/b/a Toshiba America Medical Credit is a Delaware corporation qualified to do business in Texas that may be served with process upon its Texas registered agent CT Corporation System at 350 N. Saint Paul St., Suite 2900, Dallas, Texas 75201-4234.

Gunnar Erickson is an individual who may be served with process upon Mr. B. Scot Pierce at Brackett & Ellis, 100 Main Street, Fort Worth, Texas 76102-3090.

Hallmark Rehabilitation GP, LLC is a Delaware limited liability company qualified to do business in Texas that may be served with process upon its Texas registered agent National Registered Agents, Inc. at 16055 Space Center Blvd., Ste 235, Houston, Texas 77062-6212.

Jackie Leonard is an individual who may be served with process at 29729 S. Mellow Wind, San Antonio, Texas 78015.

The City of Liberty may be served with process upon the City Manager at 1829 Sam Houston St., Liberty, Texas 77575.

Liberty County may be served with process upon County Judge Phil Fitzgerald at the Liberty County Courthouse, 1923 Sam Houston St., Liberty, Texas 77575.

### III. JURISDICTION AND VENUE

Venue is proper in Liberty County, Texas under § 15.002(a)(1) of the Texas Civil Practice and Remedies Code in that Liberty County is the county where all or a substantial part of the events or omissions giving rise to LDRMC's cause of action occurred. Jurisdiction is proper in this Court because this is a Petition for Interpleader and because the amount of damages sought by LDRMC is within the jurisdictional limits of this Court.

### IV. FACTUAL BACKGROUND

LDRMC is a second-tier subsidiary of Liberty County Hospital District No. 1, a subdivision of the State of Texas and the County of Liberty. LDRMC currently operates the hospital and healthcare facility located at 1353 North Travis Street, in Liberty, Liberty County, Texas (the "Hospital"). The Hospital was formerly operated by Liberty-Dayton Community Hospital, L.P. ("LDCH"). In the course of its dealings and operations of the Hospital from 2002 through September 26, 2009, LDCH apparently incurred and could not pay debts and obligations to the Defendants and perhaps other individuals and entities not yet determined. LDRMC has operated the Hospital under licenses, designations and provider agreements made available through a temporary management agreement with LDCH. LDRMC has acquired the real estate upon which the Hospital is located. In order to continue and maintain emergency room, acute care, and other healthcare operations without possible closure of the Hospital, LDRMC has recently purchased for Two Hundred Thirty-Five Thousand and No/100 Dollars ($235,000.00)

(the "Interplead Funds") certain of LDCH's furniture, fixtures, and equipment and certain intangibles as set forth in Exhibit A attached hereto.

The sum comprising the Interplead Funds is a fair market value price and is commercially reasonable for the personal property involved. LDRMC has reasonable grounds to believe, and does believe, that some if not all of the Defendants have rival claims to the Interplead Funds. There is significant factual and legal uncertainty as to the primacy, propriety, and unliquidated amounts of the known competing claims *vis a vis* the Interplead Funds.

## V. NECESSITY FOR INTERPLEADER

LDRMC is unable to determine the validity of potential conflicting claims among the Defendants. LDRMC does not know which Defendant(s) is/are entitled to be paid the Interplead Funds, if any is in fact owed to particular Defendants, but wishes to have the matter resolved to avoid double liability and multiple suits and costs, and to have the lien encumbrances against its property removed. LDRMC seeks to have the Interplead Funds be tendered to this Court because of the potential rival claims and disputes among the Defendants as to who has or will have ownership of the Interplead Funds and because of substantial questions as to the primacy of liens. LDRMC has timely filed this interpleader suit.

## VI. DEPOSIT OF FUNDS

LDRMC is in genuine doubt as to the proper recipient(s) of the Interplead Funds, and desires and is entitled to avoid double or multiple liability. LDRMC has unconditionally tendered into the Registry of this Honorable Court the full amount of the Interplead Funds. LDRMC prays that such amount be held by the District Clerk in the Registry of this Court until such time as the Court determines the correct and proper legal owner thereof and makes written orders in connection therewith.

## VII. ATTORNEY'S FEES

Since LDRMC is an innocent stakeholder herein and because it has reasonable and justifiable doubt as to the proper recipient(s) of the Interplead Funds herewith tendered, and in accordance with the terms and provisions of Rule 43, Texas Rules of Civil Procedure, LDRMC is entitled to reasonable and necessary attorney's fees incurred and to be incurred in connection with its investigation of the underlying facts and this Bill of Interpleader, including those incurred by reason of appeal, if any. LDRMC has employed attorneys to file and prosecute this action and has agreed to pay them reasonable attorney's fees and hereby requests that such fees be paid out of the interplead funds.

## VIII. PRAYER

WHEREFORE, premises considered, Plaintiff in Interpleader prays that Defendants take notice of the filing of this Bill of Interpleader; that on final hearing hereof, the funds tendered by LDRMC be awarded to the rightful owners thereof; that it be awarded attorney's fees reasonable in relation to the amount of work actually done on behalf of LDRMC in connection herewith and that such fees be ordered withheld from the amounts tendered herewith; that LDRMC be discharged from any and all liability to any of the Defendants and/or any unknown claimants determined by the Court to have an interest in the Interplead Funds herewith tendered; that LDRMC have all costs of court; and that LDRMC have such other and further relief, general and special, at law or in equity, to which it may show itself justly entitled.

Dated: August 3, 2010

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Jason E. Williams
Jason E. Williams
State Bar No. 24047113
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

**Attorneys for Plaintiff Liberty Dayton Regional Medical Center, L.L.C.**

| \ | BIO- MED EQUIPMENT ON HAND | | | | |
|---|---|---|---|---|---|
| | | 4/23/2010 | | | |
| DESCRIPTION | CONTROL # | DEPARTMENT | QUANTITY | | STATUS |
| X-RAY | | | | | |
| SUCTION PUMP | 567 | X-RAY | 1 | | ACTIVE |
| X-RAY UNIT | 618 | X-RAY | 1 | | ACTIVE |
| VIDEO IMAGER | 710 | X-RAY | 1 | | ACTIVE |
| PORTABLE X-RAY | 834 | X-RAY | 1 | | ACTIVE |
| VIDEO IMAGER | 961 | X-RAY | 1 | | ACTIVE |
| CAT SCANNER | H7644 | X-RAY | 1 | | ACTIVE |
| DYE INJECTOR | H7645 | X-RAY | 1 | | ACTIVE |
| FILM IDENTIFIER | 162 | X-RAY | 1 | | NON-ACTIVE |
| FILM DUPLICATOR | 163 | X-RAY | 1 | | NON-ACTIVE |
| DENSITOMETER | 183 | X-RAY | 1 | | NON-ACTIVE |
| X-RAY FILM VIEWER | 236 | X-RAY | 1 | | NON-ACTIVE |
| X-RAY FILM VIEWER | 317 | X-RAY | 1 | | NON-ACTIVE |
| MAMMOGRAPHY UNIT | 475 | X-RAY | 1 | | NON-ACTIVE |
| X-RAY UNIT | 619 | X-RAY | 1 | | NON-ACTIVE |
| FILMPROCESSOR | 707 | X-RAY | 1 | | NON-ACTIVE |
| X-RAY FILM VIEWER | 764 | X-RAY | 1 | | NON-ACTIVE |
| X-RAY FILM VIEWER | 921 | X-RAY | 1 | | NON-ACTIVE |
| X-RAY FILM VIEWER | 923 | X-RAY | 1 | | NON-ACTIVE |
| FILM IDENTIFIER | 1008 | X-RAY | 1 | | NON-ACTIVE |
| LAB | | | | | |
| WATER BATH | 71 | LAB | 1 | | ACTIVE |
| MICROSCOPE | 78 | LAB | 1 | | ACTIVE |
| LAB INCUBATOR | 87 | LAB | 1 | | ACTIVE |
| ROTATOR | 89 | LAB | 1 | | ACTIVE |
| MIXER | 300 | LAB | 1 | | ACTIVE |
| TUBE ROCKER | 673 | LAB | 1 | | ACTIVE |
| BLOOD GAS MACHINE | 709 | LAB | 1 | | ACTIVE |
| CENTRIFUGE | 722 | LAB | 1 | | ACTIVE |
| BLOOD REFRIGERATOR | 927 | LAB | 1 | | ACTIVE |
| CENTRIFUGE | 722 | LAB | 1 | | ACTIVE |

EXHIBIT A

| Item | ID | Location | Qty | Status |
|---|---|---|---|---|
| CENTRIFUGE | 964 | LAB | 1 | ACTIVE |
| COAGULATION UNIT | 982 | LAB | 1 | ACTIVE |
| CENTRIFUGE | 1010 | LAB | 1 | ACTIVE |
| FREEZER | 1011 | LAB | 1 | ACTIVE |
| LAB MICROSCOPE | H5757 | LAB | 1 | ACTIVE |
| NON-PATIENT REFRIGERATOR | H7646 | LAB | 1 | ACTIVE |
| CENTRIFUGE | H7648 | LAB | 1 | ACTIVE |
| URINE ANALYZER | H7649 | LAB | 1 | ACTIVE |
| | | | | |
| PHARMACY | | | | |
| NON-PATIENT REFRIGERATOR | 247 | PHARMACY | 1 | ACTIVE |
| FUME HOOD | 271 | PHARMACY | 1 | NON-ACTIVE |
| MIXING CABNET | NEW | PHARMACY | 1 | ACTIVE |
| BEDS | | | | |
| ELECTRIC | 829 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 882 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 883 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 884 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 885 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 886 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 887 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 889 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 892 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 895 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 898 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 900 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 901 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 906 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 954 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 956 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 957 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 958 | BEDS | 1 | NON-ACTIVE |

| | | | | |
|---|---|---|---|---|
| ELECTRIC | 968 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 970 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 972 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 986 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC | 987 | BEDS | 1 | NON-ACTIVE |
| ELECTRIC BEDS IN SURGERY | NONE | BEDS | NUMEROUS | NON-ACTIVE |
| ELECTRIC | H5769 | BEDS | 1 | ACTIVE |
| **CENTRAL SUPPLY** | | | | |
| SURGICAL MICROSCOPE | 8 | CENTRAL SUPPLY | 1 | ACTIVE |
| CONTROLLER | 28 | CENTRAL SUPPLY | 1 | ACTIVE |
| ARTHOSCOPIC SYSTEM | 42 | CENTRAL SUPPLY | 1 | ACTIVE |
| STERILIZER | 147 | CENTRAL SUPPLY | 1 | ACTIVE |
| INFUSION PUMP | 277 | CENTRAL SUPPLY | 1 | NON-ACTIVE |
| INFUSION PUMP | 278 | CENTRAL SUPPLY | 1 | NON-ACTIVE |
| INFUSION PUMP | 289 | CENTRAL SUPPLY | 1 | ACTIVE |
| INFUSION PUMP | 321 | CENTRAL SUPPLY | 1 | ACTIVE |
| FEEDING PUMP | 544 | CENTRAL SUPPLY | 1 | ACTIVE |
| FEEDING PUMP | 545 | CENTRAL SUPPLY | 1 | ACTIVE |
| STERILIZER | 1009 | CENTRAL SUPPLY | 1 | ACTIVE |
| **OUTPATIENT CLINIC** | | | | |
| EXAM LAMP | 226 | CLINIC | 1 | ACTIVE |
| EXAM LAMP | 228 | CLINIC | 1 | ACTIVE |
| X-RAY FILM VIEWER | 237 | CLINIC | 1 | ACTIVE |
| EXAM TABLE | 239 | CLINIC | 1 | ACTIVE |
| EXAM LAMP | 241 | CLINIC | 1 | ACTIVE |
| EXAM LAMP | 242 | CLINIC | 1 | ACTIVE |
| OPTHALMOSCOPE | 304 | CLINIC | 1 | ACTIVE |
| SUCTION PUMP | 407 | CLINIC | 1 | ACTIVE |

| | | | | |
|---|---|---|---|---|
| NONPATIENT REFRIGERATOR | 476 | CLINIC | 1 | ACTIVE |
| NBIP | 733 | CLINIC | 1 | ACTIVE |
| X-RAY FILM VIEWER | 775 | CLINIC | 1 | ACTIVE |
| EXAM TABLE | 792 | CLINIC | 1 | ACTIVE |
| EXAM TABLE | 938 | CLINIC | 1 | ACTIVE |
| EXAM TABLE | 939 | CLINIC | 1 | ACTIVE |
| OPTHALMOSCOPE | 940 | CLINIC | 1 | ACTIVE |
| EXAM LAMP | 941 | CLINIC | 1 | ACTIVE |
| EXAM TABLE | 942 | CLINIC | 1 | ACTIVE |
| OPTHALMOSCOPE | 943 | CLINIC | 1 | ACTIVE |
| EXAM LAMP | 944 | CLINIC | 1 | ACTIVE |
| ELECTRIC PATIENT SCALE | 952 | CLINIC | 1 | ACTIVE |
| NONPATIENT REFRIGERATOR | 976 | CLINIC | 1 | ACTIVE |
| NEBULIZER | 989 | CLINIC | 1 | ACTIVE |
| NEBULIZER | 990 | CLINIC | 1 | ACTIVE |
| NEBULIZER | H5763 | CLINIC | 1 | ACTIVE |
| **NURSING** | | | | |
| INFUSION PUMP | 969 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 974 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 978 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 979 | NURSING | 1 | ACTIVE |
| TELEM TRANSMITTER | 984 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 988 | NURSING | 1 | ACTIVE |
| NEBULIZER | 989 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 994 | NURSING | 1 | ACTIVE |
| EKG MACHINE | 1004 | NURSING | 1 | ACTIVE |
| PATIENT MONITOR | 54 | NURSING | 1 | ACTIVE |
| CENTRAL RECORDER | 103 | NURSING | 1 | ACTIVE |
| CENTRAL MONITOR | 973 | NURSING | 1 | ACTIVE |
| PATIENT MONITOR | H5771 | NURSING | 1 | ACTIVE |
| NONPATIENT REFRIGERATOR | 109 | NURSING | 1 | ACTIVE |
| TELEM TRANSMITTER | 966 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 598 | NURSING | 1 | ACTIVE |
| DEFIB/MONITOR | 612 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 617 | NURSING | 1 | ACTIVE |
| PCA PUMP | 630 | NURSING | 1 | NON ACTIVE |

| Equipment | ID | Department | Qty | Status |
|---|---|---|---|---|
| PCA PUMP | 632 | NURSING | 1 | NON ACTIVE |
| PATIENT MONITOR | 934 | NURSING | 1 | ACTIVE |
| EXAM TABLE | 785 | NURSING | 1 | ACTIVE |
| TELEM TRANSMITTER | 937 | NURSING | 1 | ACTIVE |
| TELEM TRANSMITTER | 948 | NURSING | 1 | NON ACTIVE |
| TELEM TRANSMITTER | 949 | NURSING | 1 | NON ACTIVE |
| VENTILATOR | 960 | NURSING | 1 | ACTIVE |
| SUCTION PUMP | H5764 | NURSING | 1 | ACTIVE |
| OVERHEAD EXAM LIGHT | H5765 | NURSING | 1 | ACTIVE |
| NBIP | H5766 | NURSING | 1 | ACTIVE |
| NEBULIZER | H5768 | NURSING | 1 | ACTIVE |
| DEFIB/MONITOR | H5762 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 598 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 735 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 739 | NURSING | 1 | ACTIVE |
| INFANT WARMER | 5 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 31 | NURSING | 1 | ACTIVE |
| PATIENT WARMER | 33 | NURSING | 1 | ACTIVE |
| OPHTHALMOSCOPE | 110 | NURSING | 1 | ACTIVE |
| EXAM LAMP | 137 | NURSING | 1 | ACTIVE |
| DEFIB/MONITOR | 6 | NURSING | 1 | NON ACTIVE |
| DEFIB/MONITOR | 394 | NURSING | 1 | NON ACTIVE |
| DEFIB/MONITOR | 604 | NURSING | 1 | ACTIVE |
| PATIENT MONITOR | 417 | NURSING | 1 | ACTIVE |
| PATIENT MONITOR | 418 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 548 | NURSING | 1 | ACTIVE |
| INFUSION PUMP | 701 | NURSING | 1 | ACTIVE |
| CENTRAL MONITOR | 936 | NURSING | 1 | NON ACTIVE |
| TELEM TRANSMITTER | 947 | NURSING | 1 | NON ACTIVE |
| INFUSION PUMP | 967 | NURSING | 1 | ACTIVE |
| NIBP | 529 | NURSING | 1 | ACTIVE |
| **RESPIRATORY THERAPY** | | | | |
| HUMIDIFER HEATER | 134 | RESP THERAPY | 1 | ACTIVE |
| AEROSOL TENT | 202 | RESP THERAPY | 1 | ACTIVE |
| AEROSOL TENT | 204 | RESP THERAPY | 1 | ACTIVE |
| HUMIDIFER HEATER | 256 | RESP THERAPY | 1 | ACTIVE |

| AEROSOL TENT | 293 | RESP THERAPY | 1 | ACTIVE |
| --- | --- | --- | --- | --- |
| AEROSOL TENT | 294 | RESP THERAPY | 1 | ACTIVE |
| HUMIDIFER HEATER | 311 | RESP THERAPY | 1 | ACTIVE |
| HUMIDIFER HEATER | 327 | RESP THERAPY | 1 | ACTIVE |
| BENNETT VENT | 511 | RESP THERAPY | 1 | ACTIVE |
| PULSE OX (BATTERY OPERATED) | 899 | RESP THERAPY | 1 | ACTIVE |

1. Texas Department of State Health Services License as a General Hospital (25 T.A.C. § 133)

2. Texas Department of State Health Services Radiation Safety License

3. Designation by Centers for Medicare and Medicaid Services as a Critical Access Hospital

4. Medicare Identification Number (Medicare provider number)

5. Centers for Medicare and Medicaid Services CLIA Certificate

6. Texas Pharmacy Board Permit

7. Department of Public Safety (DPS) License

8. Drug Enforcement Agency (DEA) Registration Certificate

9. Any other license necessary to continue the operation of that certain hospital located in Liberty, Texas