# EXHIBIT B

| | |
|---|---|
| **CLERK OF THE COURT**<br>Melody Gilmore, District Clerk<br>PO Box 10145<br>Liberty, Texas 77575-1014 | **ATTORNEY FOR PLAINTIFF**<br>Jason E. Williams<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095 |

RECEIVED 20-()
Mon __6__ Day __6__ Time 11:00 AM/PM
P. ALLISON, CONSTABLE
LIBERTY CO. PCT. 1

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

THE STATE OF TEXAS

TO: LIBERTY COUNTY, by and through County Judge Phil Fitzgerald, Respondent, Greetings;

You are hereby commanded to appear by filing a written answer to the Petitioner's Original Bill of Interpleader of Liberty Dayton Regional Medical Center, L.L.C. and Notice of Tender Into the Registry of the District Court, at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **75TH JUDICIAL DISTRICT COURT** of Liberty County, Texas at the Court House of said County in Liberty, Texas.

Said Petitioner's Petition was filed in said court on the 03rd day of August, 2010, in this cause, Numbered **CV1003340** on the docket of said court, and styled, LIBERTY DAYTON REGIONAL MEDICAL CENTER, L.L.C., Plaintiff vs UNITED STATES DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE; THE CIT GROUP/EQUIPMENT FINANCING, INC. D/B/A TOSHIBA AMERICA MEDICAL CREDIT; GUNNAR ERICKSON; HALLMARK REHABILITATION GP, LLC; JACKIE LEONARD; CITY OF LIBERTY; AND LIBERTY COUNTY, Defendant.

The nature of Petitioner's demand is fully shown by a true and correct copy of Petitioner's Original Bill of Interpleader of Liberty Dayton Regional Medical Center, L.L.C. and Notice of Tender Into the Registry of the District Court, accompanying this citation and made a part hereof.

The Officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Liberty, Texas, this the 06th day of August, 2010 A.D.

(SEAL)

Attest _Melody Gilmore_, Clerk, District Court
Melody Gilmore, District Clerk
Liberty County, Texas

By _Frances Kester_, Deputy
Frances Kester, Deputy

Rule 106 " the citation shall be served by the officer delivering to each defendant, in person, a true copy of this citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto.

## SHERIFF'S RETURN

Came to hand on __6__ day of __August__, 201_0_, at __11:00__ o'clock __A__. M., and executed in __Liberty__ County, Texas by delivering to each of the within-named __Phil Fitzgerald__, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the Plaintiff's Petition, at the following times and places, to wit:

| Name | Date | | | Time | | | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| | Month | Day | Year | Hour | Min. | ....M. | |
| Phil Fitzgerald | August | 6 | 2010 | 11 | 03 | A | 1923 Sam Houston Liberty, TX 77575 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the Respondent, _____ the diligence used in finding said Respondent, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of the said Respondent, being: _____

FEES — Serving _____ Copy _____ $ _____
Total $ _____ . _____

_____ Sheriff/Constable, Precinct # __1__
__Liberty__ County, Texas
By _____, Deputy

## CERTIFICATE OF DELIVERY

I, do hereby certify that I delivered to __Phil Fitzgerald__, Defendant on the __6__ day __August__, 201_0_, at __11:03__ o'clock __A__.M. a copy of this instrument.

_____ Sheriff/Constable, Precinct # __1__
By _____, Deputy

**FILED**
at __11:55__ o'clock __A__ M

AUG 10 2010

MELODY GILMORE
Clerk, District Court, Liberty, TX
BY _____ DEPUTY